FISS, DOERR AND CARROLL HORSE COMPANY, Respondent,
v. LOUIS GOLDE et al., Appellants.

*Fiss, Doerr & Carroll Horse Co.* v. *Golde,* 138 App. Div. 907, modified.

(Argued October 31, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a balance alleged to be due for work done under a contract.

*Benjamin N. Cardozo* and *Harry A. Gordon* for appellants.

*Franklin Pierce* for respondent.

Judgment reversed and new trial granted, costs to abide event, unless within twenty days plaintiff stipulates to reduce its judgment by the sum of $1,521, with interest from the date of the assessment to the date of the judgment, in which case judgment as reduced is affirmed, without costs of this appeal to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.